UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVIS JEROME GAUFF, | ) | Case No. 2:19-cv-10940-SVW-JC |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| WARDEN FISHER, | ) ) | JUDGE |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the February 27, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations, and that Judgment be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and any counsel for respondent.

IT IS SO ORDERED.

DATED: July 14, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE