UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVIS JEROME GAUFF, | ) | Case No. 2:19-cv-10940-SVW-JC |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN FISHER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: _____July 14, 2020_____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE